# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:10cr15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| BILLY JACK HICKS. | ) | |

**THIS MATTER** is before the Court on the Defendant's Notice of Appeal [Doc. 18].

In support of this notice, counsel states only that the Defendant appeals "Magistrate Judge Howell's ruling on the 24th day of November 2010 that 18 U.S.C. §922(g)(3) is a crime of violence requiring the Defendant's detention pursuant to 18 U.S.C. 3143." [Id.]. Since no grounds in support of the notice have been stated and no brief in support has been filed, the Court will require further briefing.

**IT IS, THEREFORE, ORDERED** that on or before fifteen (15) days from entry of this Order, the Defendant shall file a brief in support of his position that the Magistrate Judge's ruling is erroneous.

**IT IS FURTHER ORDERED** that pending a ruling on the Defendant's Notice of Appeal, the Defendant shall remain detained pursuant to the Magistrate Judge's Order [Doc. 17], subject to the authority of the Magistrate Judge to modify or amend his order of detention.

Signed: December 6, 2010

Martin Reidinger
United States District Judge